# TAYLOR & COHEN LLP

305 Broadway, 7th Floor
New York, NY 10007
Tel (212) 257-1900
Fax (646) 808-0966
www.taylorcohenllp.com

April 22, 2022

*By ECF and Email*

The Honorable Katherine Polk Failla
United States District Judge
United States District Court
40 Foley Square, Room 2103
New York, NY 10007



**Re:**   ***U.S. v. Rodney Robinson** 19 CR 690-KPF*

Dear Judge Failla:

    I represent Rodney Robinson in the above-referenced matter. I am writing to request a one-month adjournment of Mr. Robinson's sentencing, which is currently scheduled for May 13, 2022. This is the first request for an adjournment of Mr. Robinson's sentencing. The government consents to this request.

    The reason for the request is that Mr. Robinson's presentence interview was delayed because of COVID-related restrictions and, consequently, his final Presentence Report has not yet been docketed. Even if the final report were docketed this evening or early next week, I would not be able to review it with Mr. Robinson at the Westchester County Jail before the defense's sentencing submission is due because of my commitments in other cases. Accordingly, I am requesting a one-month adjournment of Mr. Robinson's sentencing to ensure that he can review the final PSR with me and we can discuss any potential objections to the final PSR.

    I respectfully advise the Court that I currently have in-person appearances scheduled in EDNY on June 7, 2022 at 12:30 pm and in SDNY on the afternoon of June 10, 2022.

Respectfully,

Zachary S. Taylor

cc:   Juliana Murray, Esq.
      Louis Pellegrino, Esq.
          Assistant United States Attorneys

Application GRANTED. The sentencing scheduled for May 13, 2022, is hereby ADJOURNED to **June 23, 2022, at 3:30 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Clerk of Court is directed to terminate the pending motion at docket number 257.

Dated:    April 25, 2022             SO ORDERED.
          New York, New York

*(signature)*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE