# TAYLOR & COHEN LLP

305 Broadway, 7th Floor
New York, NY 10007
Tel (212) 257-1900
Fax (646) 808-0966
www.taylorcohenllp.com

June 8, 2022

*By ECF and Email*

The Honorable Katherine Polk Failla
United States District Judge
United States District Court
40 Foley Square, Room 2103
New York, NY 10007



**Re:**   *U.S. v. Rodney Robinson* **19 CR 846-KPF**

Dear Judge Failla:

     I represent Rodney Robinson in the above-referenced matter. I am writing to request a two-week adjournment of Mr. Robinson's sentencing, which is currently scheduled for June 23, 2022. This is the second request for an adjournment of Mr. Robinson's sentencing. The government consents to this request.

     The reason for the request is that I have still not had an opportunity to review Mr. Robinson's final presentence report with him at the Westchester County Jail. I received the final PSR, which includes significant revisions, in early May. In mid-May, I got COVID and isolated for a week and a half. Since then, the pile-up of deadlines and appearances in other cases has prevented me from finding the time to travel to the jail in Valhalla, NY.

     Therefore, I am requesting a two-week adjournment of Mr. Robinson's sentencing to ensure that he can review the final PSR with me and we can discuss his sentencing submission.

Respectfully,

Zachary S. Taylor

cc:   Juliana Murray, Esq.
      Louis Pellegrino, Esq.
           Assistant United States Attorneys

Application GRANTED.  The sentencing scheduled for June 23, 2022, is hereby ADJOURNED to **August 5, 2022, at 3:00 p.m.**  The Clerk of Court is directed to terminate the pending motion at docket number 279.

Dated:    June 9, 2022          SO ORDERED.
          New York, New York

                                HON. KATHERINE POLK FAILLA
                                UNITED STATES DISTRICT JUDGE