

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 18, 2022

**VIA ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007
Email: FaillaNYSDChambers@nysd.uscourts.gov

**MEMO ENDORSED**

Re: *United States v. Whitmore et al.*, 19 Cr. 846 (KPF)

Dear Judge Failla,

The Government respectfully submits this letter to request an adjournment of the sentencing for defendant Rodney Robinson, a/k/a "Stretch," in the above-captioned case, which is presently scheduled for Friday, August 5, 2022 at 3:00 p.m. The reason for this adjournment request is that the Government attorneys on this case will either be on trial or traveling for work during the scheduled sentencing. Accordingly, the parties respectfully request that the Court adjourn the sentencing to Thursday, August 25, 2022 at 3:30 p.m. (and adjourn related sentencing submission deadlines). The parties have conferred with chambers and understand that date and time is convenient for the Court.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Juliana N. Murray / Louis A. Pellegrino
Assistant United States Attorneys
(212) 637-2314 / -2617

cc:   Zachary Taylor, Esq. (via ECF)

Application GRANTED.  The sentencing scheduled for August 5, 2022, is hereby ADJOURNED to August 25, 2022, at 3:30 p.m.  The Clerk of Court is directed to terminate the pending motion at docket number 305.

Dated:    July 19, 2022              SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE