# TAYLOR & COHEN LLP

305 Broadway, 7th Floor
New York, NY 10007
Tel (212) 257-1900
Fax (646) 808-0966
www.taylorcohenllp.com

August 10, 2022

*By ECF and Email*

The Honorable Katherine Polk Failla
United States District Judge
United States District Court
40 Foley Square, Room 2103
New York, NY 10007



**Re:**   *U.S. v. Rodney Robinson*, 19 CR 846-KPF

Dear Judge Failla:

    I represent Rodney Robinson in the above-referenced matter. I am writing to request a one-day extension of the due date for Mr. Robinson's sentencing submission, which is currently due on Thursday, August 11. The government consents to this request.

    Thank you for your attention to this request.

Respectfully,

Zachary S. Taylor

cc:   Juliana Murray, Esq.
      Louis Pellegrino, Esq.
          Assistant United States Attorneys

---

```
Application GRANTED.  Defendant Rodney Robinson's sentencing
submission shall be due August 12, 2022.  The Clerk of Court is
directed to terminate the pending motion at docket number 319.


Dated:   August 10, 2022              SO ORDERED.
         New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE