UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

RODNEY ROBINSON,

                    Defendant.

19 Cr. 846-4 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The sentencing scheduled for August 25, 2022, is hereby ADJOURNED to September 29, 2022, at 10:00 a.m.  At the scheduled date and time, the parties shall appear in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:   August 24, 2022
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge